No. 520. HOLLAND FURNACE CO. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. *Stuart S. Ball* and *Robert H. Trenkamp* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon, Henry Geller, Daniel J. McCauley, Jr.* and *Alan B. Hobbes* for respondent.

No. 522. SENCO PRODUCTS, INC., *v.* FASTENER CORPORATION ET AL. C. A. 7th Cir. Certiorari denied. *John W. Melville* and *William J. Stellman* for petitioner. *M. Hudson Rathburn* and *Walther E. Wyss* for respondents.

No. 524. PANICHELLA *v.* PENNSYLVANIA RAILROAD CO. ET AL. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* for petitioner. *John David Rhodes, Robert L. Randall* and *Roberts B. Owen* for the Pennsylvania Railroad Co., respondent.

No. 525. SPRINGER ET AL. *v.* ALLSTATE INSURANCE CO. C. A. 6th Cir. Certiorari denied. *Fred Roland Allaben* for petitioners. *Alexis J. Rogoski* for respondent.

No. 529. SECURITY INSURANCE CO. ET AL. *v.* EDLIN ET AL. C. A. 7th Cir. Certiorari denied. *Donald N. Clausen, Herbert W. Hirsh* and *John P. Gorman* for petitioners. *John E. Cassidy, Sr.* for respondents.

No. 536. GREENBERG *v.* AMERICAN SURETY COMPANY OF NEW YORK. Supreme Court of New York, New York County. Certiorari denied. *Emanuel Harris* for petitioner. *Leo T. Kissam* and *Howard C. Wood* for respondent.